Carlos Hernández
Heriberto Estrada
Jorge Calvario
Osvaldo Ramirez
Yoel Betancourt
Roberto Gutierrez

FILED
CLERK OF CIRCUIT COURT
14 DEC 12 PM 3:03
HILLSBOROUGH CO. FLORIDA
CIRCUIT CIVIL

VS

General Services of VA, INC

"Complaint"

We are demarding Wage Theft Commission and Incentive and, since we started working, and There has been a change since I Raised The Situation.

sing: Carlos Hernández

# Complaint

12/12/2014

Everyone involved in this lawsuit covering the area of (labor law), we stand and aware that since we contract, we were told that we would pay to $ 9.00 an hour and every 3 months increased $ 0.25, commission and incentive which incidentally we already know that this incentive is an incentive or bonus, not missing, late or simply meet the requirements pedia the company, as one of the points of our concern is the incentive for by the law and self-discovery, since we know that General Services (GSI), is using this incentive to match the times the $ 9.00 that was promised when this incentive must be above the hours worked and that's a fact, which if we incentive to one side the time to break the paycheck of a worker steps of General Services (GSI), the time in an approximate $ 6 per hour and even on occasion at least, when we know that the state of the Florida has a minimum wage of $ 7.93, but nonetheless repeat that the contract of General Services (GSI) with us workers florida tampa, is at the beginning of $ 9 per hour and last quarterly increase $ 0.25, things that never happened as there are workers who have more than 4 years working in the company basing on that promise should be earning at that time about $ 14 per hour and still continue to earn $ 9.50, about $ 0.50 cents augmented based complaint, if they had never taken desicion.esta that is the reason why we demand that page the commission that we should based on the merchandise that comes from backhual because if the management of General Services (GSI) also relies on commission and we understand that charge per box backhual $ 0.5 cents, reporting a monthly amount of 280.000 to 340.000 boxes in high mainly seasonal, reflecting cash about $ 35,000 to $ 50,000 dollars, since we also know that General Services (GSI) based on commission has the method of 50/50% or 50% workers and 50% of the company and the numbers reflected before applying the 50% among 19 workers who work in these moments to General Services (GSI) for each worker would be about $ 1,000 monthly, distributed in four weeks would be about $ 250 dollars above the hours worked and above the incentive or bonus you promised doing reflect a salary of approximately $ 700 per week, which coincidentally matches workers masachusses state where General Services (GSI) has contract, since we have this information based on that in a time of year 2013.10 workers came for a month to strengthen staff work and told us their methods of payments which were one more time confirming our suspicions, for all these doubts we come to the conclusion to sue

the company of General Services (GSI) to answer all your mentioned improper fit and will not mention that clarified by the court.

# report on the method of payment of General services (GSI) to the lumper.

## Response to the declared lumper (GSI) information

I () I know General Services (GSI) which even I keep working for them (and if necessary the court itself), it's stated (GSI) is completely false information.

SALARY:

Since we were hired we were told that would win per hour, or to $ 9.00 an hour, which would increase wages past three months that the hired person was classified as permanent worker, that never happened, until we meet by request all workers to a manager who works in the central company that is in (Virgina), whose manager only know by the name of Jackson, this manager is only about twice a year and practically when there are problems like this, after discussing various differences and concerns we agree that from that day to us would increase to $ 10 an hour, one would have to wait for the next check for agreement that we had left, which as solpresa was the answer he was only we are would rise $ 25 cents to us to bring to work more than a year, the calculation was still bad, since in our checks do not see any improvement financially which should be a little difference for those $ 25 uploaded cents, much less responded on that had reached that desicion after having reached an agreement with us and even signing a role which took back to (VIRGINIA) where is the central company (GSI) and also so far has not returned to visit the warehouse the which provide services practically I evadiedo our inquietudes.Otro point which was touched in that meeting that we had several workers jackson was the subject of work clothes, which have waited for promise of the few years, are not days, that day declare that the uniforms had ordered in error for another warehouse, please we are in the United States, this was a very easy error corregir.Bueno cambiendo topic in order to focus on the most important point we claim that we have never received a penny the famous commission now argues that we pay all this time far we had knowledge that your payment method was so, and if so charging a lumper were over $ 700 dollars, not $ 300 which is what we do weekly is intorerable a response like this, because if the profit on each truck, (GSI) a percentage lightest and the rest is divided between workers who made that daily truck, we were talking about the previous higher salary raised as the account of the number of trucks that enter a day to warehouse, in higher seasons exceed the amount of up to 38 to 40 trucks, times ago they placed a blackboard detailing how many trucks, pallets and boxes are lost they were ready to be worked , so we rely on certain numbers and calculations in this report, but has long since we have no control or knowledge of the amounts that we expect every day since that board was

removed without knowing the reasons for this desicion.

BACK HAUL

This is for us lumper one of the important issues in this lawsuit, and that the explanation of the haul back that we have been given is confusing because it never explained what this was until we went on our own investigating that way worked (back haul), whose name in Spanish is known as return journey, we got the information that the loading / unloading we do every day that we even work more back haul than normal trucks, are burdens that belong to the same company that pretamos services (US-FOOD sERVICES), most of these charges / discharges come from lakeland, another warehouse belonging to the same chain (US-FOOD sERVICES), in order that what failed lakeland sell these loads were transferred to tampa where they already have orders for the same charge / discharge to profit but then again all leads to the same thing as they are a chain of warehouse (US-FOOD SERVICES), finally we know that (US-FOOD SERVICES) pays a check to General Services (GSI) every month for the loading / unloading the lumper we do, and if the answer (GSI) to concerns us was, always we have paid based on the hours of work and loads / discharges becoming lumper, plus a commission for these charges / discharges to this day do not know which is the percentage as it is by law that every commission is based in a number of percentage which many of us have been working for (GSI) between 2.3 and 7 years to this day do not know that number, so we require that we are greatly also pay the fee we must since we worked for (GSI) making BACK HAUL that (US-FOOD) pays as these uploads / downloads are worked for us lumper, and repeating the above, if you now claim that we always pay by charge / discharge a commission based on working hours which greatly affirm that is FALSE, since we only had knowledge that we charged $ 9 an hour since I started working for (GSI) .Also our knowledge, the monthly entry decajas back hual is between one 280,000 to about 340,000 which the price of each box is 5 cents, which makes a value monthly between $ 35,000 to $ 50,000 dollars which US-Food Services passes a check for the amount that enteriormente.Especificamos we demand a tightly you see more we will pay the percentage that we should since we worked for General Services (GSI) back haul as these were worked by all lumper the warehouse.

Final Request: For all the above statements by us lumper whose time contract work is not the same but reaching my conclusions and calculation of such disagreement with the method of payment to the lumper, I make the request ($) by siguentes damage to myself which I affirm that I qualify based on my evidence since I work for General Services (GSI).

Fraud

--- (1) Damages

Incentive: Since we are 2 The Contract They Promised us that we would Pay The incentive and bonus above The hours worked weekly by Arriving early, do not miss and be a good worker, as discovered, They never Complete